■ In the Matter of the Estate of CLARA M. STEIGER, Deceased. PATRICIA MULDOWNEY, Appellant; RICHARD DORNHOFER, Respondent.—Decree unanimously affirmed without costs. Memorandum: We agree with the Surrogate that, as a matter of law, the evidence shows that the testatrix was competent when she executed her will and that the objectant failed to meet her burden of showing that the will was the product of undue influence. (Appeal from decree of Chautauqua County Surrogate's Court, Adams, S.—set aside jury verdict.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.